IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAYMOND EDWARD KITCHEN,
    Petitioner,

vs.                                         Case No. 3:10cv237/LAC/CJK

KENNETH S. TUCKER,
    Respondent.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 20, 2012. (Doc. 38). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Raymond Edward Kitchen* in the Circuit Court for Santa Rosa County, Florida, Case No. 04-651 is DENIED, and the clerk is directed to close the file.

3.   A certificate of appealability is DENIED.

DONE AND ORDERED this 11th day of February, 2013.

        *s/L.A. Collier*
        LACEY A. COLLIER
        SENIOR UNITED STATES DISTRICT JUDGE

3.   A certificate of appealability is DENIED.

DONE AND ORDERED this 11th day of February, 2013.

    *s/L.A. Collier*
    LACEY A. COLLIER
    SENIOR UNITED STATES DISTRICT JUDGE